# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144608

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROY OWEN YARYAN,
      Defendant-Appellant.

SC: 144608
COA: 300763
Oakland CC: 2007-215573-FH

_____/

    On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827